**WNS HOLDINGS, LLC,**
**Plaintiff–Appellant,**

**and**

**Intelligent Technologies International, Inc. and Mark Alan Eberwine, Plaintiffs,**

**v.**

**UNITED PARCEL SERVICE, INC., Defendant–Appellee.**

**No. 2009–1498.**

United States Court of Appeals, Federal Circuit.

March 8, 2010.

Michael A. Caddell, Caddell & Chapman, of Houston, TX, argued for plaintiff-appellant. With him on the brief were Cynthia B. Chapman and George Y. Niño.

Patrick J. Flinn, Alston & Bird LLP, of Atlanta, GA, argued for defendant-appellee. With him on the brief were Robert L. Lee, Joseph J. Gleason and Holly S. Hawkins.

Before GAJARSA, PLAGER and DYK, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.